# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **DONALD P. COYLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO:  3:09CV-180-S |
| | ) |
| **CHEST MEDICINE** | ) |
| **ASSOCIATES, PSC,** | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Donald P. Coyle ("Coyle"), brings this action against Chest Medicine Associates PSC ("Defendant") for unlawful employment practices in violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. and Kentucky Revised Statute ("KRS") 337.010 et. seq.

### II. PARTIES

2. Coyle, at all times relevant to this litigation, resided in Oldham County within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a corporation doing business in the Western District of Kentucky.

### III. JURISDICTION AND VENUE

4. Jurisdiction over Coyle's claims is proper in this Court pursuant to 28 U.S.C. §1331, 28 U.S.C. §1367 and 29 U.S.C. §216(b).

5. Coyle's state law claim arises from the same common nucleus of operative facts as her federal law claims and all of her claims form a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" within the meaning of 29 U.S.C. §203(d) and KRS337.010(1)(d).

7. Coyle was an "employee" within the meaning of 29 U.S.C. §203(e) and KRS 337.010(1)(e).

8. A substantial part of the facts, events, and transactions giving rise to this lawsuit occurred within the federal district for the Western District of Kentucky, therefore venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

9. Coyle was hired by Defendant as in or about October 30, 2002.

10. In or about March 2004, Coyle was promoted to supervisor at Defendant's Frankfort, Kentucky location.

11. In or about November 2004, Coyle was promoted to "Site Supervisor" at Defendant's Frankfort, Kentucky location.

12. On or about October 16, 2005, Coyle was transferred to Defendant's Louisville location on Greenwood Road where he continued to act as the "Site Supervisor." Coyle continued in this position until his employment was separated on January 15, 2009.

13. At all times relevant, Coyle was classified as a "non-exempt" employee and was most recently paid at the hourly rate of $20.80 per hour.

14. Between March 2004 and January 15, 2009, Defendant required Coyle to carry a pager at all times and field work-related calls and work related issues during his off hours.

15. Coyle would spend an average of six hours a week fielding work related calls and addressing the issues raised by said phone calls.

16. Defendant failed to compensate Coyle for the time he spent performing the

aforementioned work related duties.

## V. Legal Allegations

17. Paragraphs one (1) through sixteen (16) of Coyle's Complaint are hereby incorporated.

18. Coyle was employed by Defendant as a non-exempt employee.

19. Defendant intentionally and willfully failed to compensate Coyle for time he spent performing work-related duties.

20. These duties were performed by Coyle in excess of a workweek of forty hours.

21. Coyle is entitled to recover from Defendant all compensation which he earned, as well as liquidated damages pursuant to the Fair Labor Standards Act of 1938, §§ 1 et seq. as amended 29 U.S.C. §§201 et seq. and KRS 337.385.

## VI. Requested Relief

WHEREFORE, Plaintiff, Donald Coyle, by counsel, respectfully requests that the Court find for Plaintiff and:

1) Order Defendant to pay Plaintiff's lost wages;

2) Order Defendant to pay liquidated damages to Plaintiff;

3) Order Defendant to pay pre-judgment and post-judgment interest to Plaintiff;

4) Order Defendant to pay Plaintiff's costs and attorney fees.

5) Order all other relief this Court deems just and proper.

Respectfully submitted,

BIESECKER & DUTKANYCH LLC

By: /s/Andrew Dutkanych
Andrew Dutkanych (KY No. 91190)
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3418
Facsimile: (502) 561-3444
Email: ad@bdlegal.com
Attorney for Plaintiff, Donald Coyle

## DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiff, Donald Coyle, by counsel, and respectfully requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER & DUTKANYCH LLC

By: /s/Andrew Dutkanych
Andrew Dutkanych (KY No. 91190)
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3418
Facsimile: (502) 561-3444
Email: ad@bdlegal.com
Attorney for Plaintiff, Donald Coyle